ACCEPTED
06-15-00183-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/29/2015 1:46:55 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00183-CR |
| Appellate Case Style: Style: | Tommy Ray Dillard |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

10/29/2015 1:46:55 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Tommy | ☒ Lead Attorney |
| Middle Name: Ray | First Name: Dwight |
| Last Name: Dillard | Middle Name: A. |
| Suffix: | Last Name: Brannon |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Dwight A. Brannon |
| | Address 1: P.O. Box 670 |
| | Address 2: |
| | City: Gilmer |
| | State: Texas    Zip+4: 75644 |
| | Telephone: 903-843-2523    ext. |
| | Fax: 903-843-6014 |
| | Email: dab.atty@etex.net |
| | SBN: 02894500 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: Upshur County (State of Texas)

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Billy

Middle Name:

Last Name: Byrd

Suffix:

☐ Appointed ☒ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Upshur County Criminal D>A>'s Office

Address 1: Upshur County Justice Center

Address 2: 405 N. Titus

City: Gilmer

State: Texas  Zip+4: 75644

Telephone: 903-843-5513  ext.

Fax: 903-843-3661

Email: billy.byrd@countyofupshur.com

SBN: 24034354

Add Another Appellee/ Attorney

**III. Appellee**

First Name: Upshur County (State of Texas)

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: Natalie

Middle Name:

Last Name: Miller

Suffix:

☐ Appointed ☒ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Upshur County Criminal D.A.'s Office

Address 1: Upshur County Justice Center

Address 2: 405 N. Titus

City: Gilmer

State: Texas  Zip+4: 75644

Telephone: 903-843-5513  ext.

Fax: 903-843-3661

Email: natalie.miller@countyofupshur.com

SBN: 24079007

Add Another Appellee/ Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Revocation of probtion

Type of Judgment: Trial Court

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: October 20, 2015

Offense charged: Poss. C/S - motion to revoke C. S.

Date of offense: July 30, 2014

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: October 21, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 24 months confinement in State Jail

Is the appeal from a pre-trial order? ☐ Yes ☒ No

| Defendant's plea: | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
|---|---|
| If guilty, does defendant have the trial court's certificate to appeal? <br> ☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed: _____

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed: _____

Other: ☐ Yes ☒ No   If yes, date filed: _____

If other, please specify: _____

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: _____

Date of hearing: _____ ☒ NA

Date of order: _____ ☒ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: October 20, 2015

## VIII. Trial Court And Record

Court: 115th Judicial District Court

County: Upshur

Trial Court Docket Number (Cause no): 16,841

Trial Court Judge (who tried or disposed of the case):

First Name: Lauren

Middle Name:

Last Name: Parish

Suffix:

Address 1: P.O. Box 1052

Address 2:

City: Gilmer

State: Texas     Zip + 4: 75644

Telephone: 903-843-2836     ext.

Fax: 903-843-5109

Email:

Clerk's Record:

Trial Court Clerk: ☒ District     ☐ County

Was clerk's record requested?     ☒ Yes     ☐ No

If yes, date requested: Oct 21, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes     ☐ No     ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?     ☒ Yes     ☐ No

Was reporter's record requested?     ☒ Yes     ☐ No

Was the reporter's record electronically recorded?     ☒ Yes     ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes     ☐ No     ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Deanna

Middle Name:

Last Name: Drennan

Suffix:

Address 1: P.O. Box 1052

Address 2:

City: Gilmer

State: Texas     Zip + 4: 75644

Telephone: 903-843-2836     ext.

Fax: 903-843-5109

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]  Court: [                    ]

Style: [                    ]

Vs.  State of Texas

## X. Signature

*Dwight A. Brannon*

Signature of counsel (or Pro Se Party)

*Dwight A. Brannon*

Printed Name:

Electronic Signature: [                    ]
(Optional)

Date:  October 29, 2015

State Bar No: 02895400

Name:  Dwight A. Brannon

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  October 29, 2015  .

*Dwight A. Brannon*

Signature of counsel (or pro se party)

Electronic Signature: [                    ]
(Optional)

State Bar No.:  02894500

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: October 29, 2015

Manner Served: Fax

First Name: Office of Upshur County D.A., Natalie Miller

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1: 405 N. Titus

Address 2:

City: Gilmer

State Texas      Zip+4: 75644

Telephone:      ext.

Fax: 903-843-3661

Email: